**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

P.I.M.L., Inc., a Florida Corporation,  04 CV 3041   (PJS/JJG)

Plaintiff,

v.  **ORDER**

Chain Link Graphix, LLC, Edwin W.
Davidson, Christopher J. Hilburn,
and John D. McKelvey,

Defendants.

---

Upon all the files, records, and proceedings herein,

**IT IS ORDERED** that execution or enforcement of the Judgment entered herein is in all things STAYED pending final disposition of all post-trial motions in this Court or further order of the Court.

**IT IS FURTHER ORDERED** that, pending final disposition of all post-trial motions in this Court or further order of the Court, the defendants Edwin W. Davidson, Christopher J. Hilburn, and John D. McKelvey are ENJOINED and RESTRAINED from transferring or disposing of money or property except in the ordinary course of business.

Dated: October 12, 2006

                                            S/ Donald D. Alsop
                                            DONALD D. ALSOP, Senior Judge
                                            United States District Court