# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| PIML, INC., <br><br>          Plaintiff, <br><br> v. <br><br> John McKelvey and Edwin Davidson, <br><br>          Defendant. | **COURT MINUTES** <br> BEFORE: Donald D. Alsop <br> U.S. Senior District Judge <br><br> Case No:  04 CV 3041 <br> Date:  September 10, 2007 <br> Court Reporter:  Lori Simpson <br> Time Commenced:  10:00 a.m. <br> Time Concluded:  10:30 a.m. <br> Time in Court:  0 Hours & 30 Minutes |

Hearing on: **Motion to Consolidate Cases (Docket Entry 228) and Status Conference**

APPEARANCES:

   Plaintiff:   Clay Taylor
   Defendant:   Aaron Davis

PROCEEDINGS:

   ☐ Plaintiff's Witnesses:
   ☐ Plaintiff' Exhibits:
   ☐ Defendant's Witnesses:
   ☐ Defendant's Exhibits:

**\*\*IT IS ORDERED:** Motion to Consolidate Cases is denied with leave to renew at any time.

   ☐ **Submitted**     ☐ **Sustained**     ☐ **Overruled**
   ☐ Brief time set:
   ☒ Written order forthcoming.

                                                           s/ Debra A. Kurtovich
                                                           Judicial Assistant