## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| P.I.M.L., Inc., | Court No. 04-cv-3041 PJS/RLE |
| Plaintiff, | |
| vs. | **ORDER MODIFYING PRELIMINARY INJUNCTION** |
| Edwin W. Davidson, John D. McKelvey and Christopher J. Hilburn, | |
| Defendants. | |

---

The Court having been informed that a global settlement has been reached by the parties in the above-titled case and that related matter, *P.I.M.L., Inc. v. Edwin W. Davidson, Carla B. Davidson, John D. McKelvey, Melissa K. McKelvey and Jade Marketing Group, LLC*, D. Minn. No. 07-cv-3631 PJS/RLE, the Court does hereby issue the following modification to its Order for Preliminary Injunction, dated July 26, 2007 (Docket No. 226 & 227):

1. That portion of the Court's injunction of July 26, 2007, freezing those accounts with Merrill Lynch in the names of John D. McKelvey and/or Melissa K. McKelvey, is hereby vacated.

2. The remainder of the Court's injunction of July 26, 2007 shall remain in full force and effect until further order.

Dated: September 25, 2007.

　　　　　　　　　　　　　　　　　　　　　　　　__S/ Donald D. Alsop_____
　　　　　　　　　　　　　　　　　　　　　　　　DONALD D. ALSOP, Senior Judge
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court