*UNITED STATES DISTRICT COURT*
*DISTRICT OF MINNESOTA*

---

| | |
|---|---|
| P.I.M.L., Inc., | Court No. 04-cv-3041 PJS/RLE |
| Plaintiff, | |
| vs. | **MODIFIED PRELIMINARY INJUNCTION** |
| Edwin W. Davidson, John D. McKelvey and Christopher J. Hilburn, | |
| Defendants. | |

---

The Court having been informed that a global settlement has been reached by the parties in the above-titled case and that related matter, *P.I.M.L., Inc. v. Edwin W. Davidson, Carla B. Davidson, John D. McKelvey, Melissa K. McKelvey and Jade Marketing Group, LLC*, D. Minn. No. 07-cv-3631 PJS/RLE, the Court does hereby issue the following modification to its Order for Preliminary Injunction, dated July 26, 2007 (Docket No. 226 & 227):

1.     TD Banknorth is hereby directed to wire transfer the sum of $325,000.00, from those accounts maintained in the name of either Edwin W. Davidson and /or Carla B. Davidson, to the D. Clay Taylor, P.A. IOLTA account, pursuant to such wire instructions as counsel shall provide, and that this transfer be made by TD Banknorth at the earliest practical date.

2.     Upon TD Banknorth's confirmation of the transfer of the settlement funds, as provided above, the balance of the Court's Order for Preliminary Injunction (Docket Nos. 226 & 227) shall be vacated in its entirety, and counsel for Plaintiff shall undertake

2

whatever actions are necessary to notify any and all financial institutions and other third parties, implicated by said injunction, of its vacation.

      3.     The parties shall thereafter undertake whatever steps are reasonably necessary to effectuate the remaining terms of their settlement agreement, and this Court shall retain jurisdiction in so far as is necessary to enforce the terms of said settlement.

Dated: October 1, 2007.                      BY THE COURT

                                                  S/ Donald D. Alsop
                                                  Donald D. Alsop, Senior Judge
                                                  United States District Court